PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rosario Javier                                                    Cr.: 01-00771-001

Name of Sentencing Judicial Officer: The Honorable Joel A. Pisano

Date of Original Sentence: 04/02/03

Original Offense: Importation of MDMA, 21 U.S.C. §§ 952(a) and 960(b)(3)

Original Sentence: 37 months imprisonment, 3 years supervised release

Type of Supervision: Supervised Release                   Date Supervision Commenced: 10/10/03

Assistant U.S. Attorney: Michael Martinez                 Defense Attorney: John Yauch, AFPD

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>The offender tested positive for marijuana usage on the following dates: March 28, 2005; March 31, 2005; April 15, 2005; and April 25, 2005. |
| 2. | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'<br><br>On or about January 5, 2006, the offender willfully left the Daytop Residential Drug Treatment Program against clinical advice, and the direction of the U.S. Probation Department, before completion, resulting in a formal discharge. |

PROB 12C - Page 2
Rosario Javier

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 02/07/06

THE COURT ORDERS:

[X] The Issuance of a Summons.  Date of Hearing: March 6, 2006 @ 11:00
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/14/06
_____
Date